Kingvision Pay-Per-View Ltd.,
           Plaintiff,

-vs-                                              STANDARD REFERRAL ORDER

                                                  CV-05-3097(FB)(JA)

**Amable Contreras**, et. al.
           Defendants.
-------------------------------------------------

This civil case hereinabove set forth is referred to Magistrate Judge __AZRACK__ for the following pre-trial purposes:

___ All of the following;
        or

Those purposes indicated below:

____1. To enter the scheduling order provided for in F.R.Civ.P. 16(b);

____2. To consider holding a discovery conference and entering the related order provided for in F.R.Civ.P. 26(f);

____3. To hear and determine any disputes arising from discovery;

____4. To consider the possibility, if any, of settlement and to assist therewith as may be appropriate;

____5. To prepare a pre-trial order where such order seems indicated;

____6. To schedule an appropriate trial date, in consultation with the chambers of the undersigned;

____7. To file a report with the undersigned within 120 days as to the status of the case, in the event the        tasks set forth above are not then completed.

_XX_ 8.   TO HOLD AND HEARING OR INQUEST TO DETERMINE DAMAGES AND ANY ATTORNEY'S FEES ON PLAINTIFF DEFAULT JUDGMENT AND PREPARE A REPORT AND RECOMMENDATION.

                                        SO ORDERED.

                                        _____
                                        UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
         November 17, 2005