**KINGVISION PAY-PER-VIEW LTD.**
as Broadcast Licensee of the **OCTOBER 2, 2004**
**TRINIDAD/MAYORGA** Program,

              Plaintiff,

-against-

AMABLE CONTRERAS, Individually and as
officer, director, shareholder and/or principal of
LAS ANTILLAS RESTAURANT CORP. d/b/a
LAS ANTILLAS RESTAURANT a/k/a LAS
ANTILLAS REST., and LAS ANTILLAS
RESTAURANT CORP. d/b/a LAS ANTILLAS
RESTAURANT a/k/a LAS ANTILLAS REST.;

              Defendants.

**DEFAULT JUDGMENT**
Civil Action No. CV-05-3097-FB-JMA
Honorable Frederic Block

    The Summons and Complaint in this action having been duly served upon the Defendants, **AMABLE CONTRERAS, Individually and as officer, director, shareholder and/or principal of LAS ANTILLAS RESTAURANT CORP. d/b/a LAS ANTILLAS RESTAURANT a/k/a LAS ANTILLAS REST., and LAS ANTILLAS RESTAURANT CORP. d/b/a LAS ANTILLAS RESTAURANT a/k/a LAS ANTILLAS REST.**, on August 18, 2005, and said Defendants having failed to plead or otherwise appear in this action,

    **NOW**, on motion of JULIE COHEN LONSTEIN, of counsel to LONSTEIN LAW OFFICE P.C., attorneys for the Plaintiff, it is hereby

    **ORDERED, ADJUDGED AND DECREED** that Defendant, any of his servants, employees, agents, persons acting in concert with him or acting on his behalf are hereby permanently enjoined and restrained from engaging in the unauthorized reception and interception, whether by air or cable, of Plaintiff's programming, signals or services, or in aiding and abetting any such acts, and are hereby permanently enjoined and restrained from connecting to, attaching, splicing into, tampering with or in any way using Plaintiff's cable wiring without Plaintiff's authorization, and are hereby permanently enjoined and restrained from

available all or part of Plaintiff's programming or services without Plaintiff's express authorization, it is further,

**IT IS ORDERED AND ADJUDGED** ~~that Kingvision Pay-Per-View Ltd., the Plaintiff, does recover jointly and severally of~~ THAT THIS MATTER IS ~~AMABLE CONTRERAS, Individually,~~

1) ~~under 605(e)(3)(C)(i)(II) in the sum of TEN THOUSAND DOLLARS ($10,000.00)~~

2) ~~and under 605(e)(3)(C)(ii) a sum of ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for Defendant's willful violation of 605(a).~~

3) ~~and under 605(e)(3)(B)(iii) costs and Attorney fees of ONE THOUSAND SIXTY EIGHT DOLLARS AND SEVENTY FIVE CENTS ($1,068.75)~~

~~and it is further~~ REFERRED TO M.J. AZRACK TO HOLD AN INQUEST OR HEARING TO DETERMINE DAMAGES AND PREPARE A REPORT AND RECOMMENDATION.

~~**ORDERED AND ADJUDGED** that Kingvision Pay-Per-View Ltd., the Plaintiff, does recover jointly and severally of **LAS ANTILLAS RESTAURANT CORP. d/b/a LAS ANTILLAS RESTAURANT a/k/a LAS ANTILLAS REST.**,~~

1) ~~under 605(e)(3)(C)(i)(II) in the sum of TEN THOUSAND DOLLARS ($10,000.00)~~

2) ~~and under 605(e)(3)(C)(ii) a sum of ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for increased damages for Defendant's willful violation of 605(a)~~

3) ~~and under 605(e)(3)(B)(iii) costs and Attorney fees of ONE THOUSAND SIXTY EIGHT DOLLARS AND SEVENTY FIVE CENTS ($1,068.75)~~

~~and it is further~~

**ORDERED AND ADJUDGED** that pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, there is no just reason for delay in this Default Judgment as the interest of justice require the issuance of judgment as requested without further delay.

Dated: 11/17/2005

HONORABLE FREDERIC BLOCK
United States District Judge